UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARATHON PETROLEUM COMPANY LP, et al.,<br>Plaintiffs,<br>v.<br>CMB PETROLEUM INC., a California corporation; AMACA PROPERTIES LLC, a California limited liability company; DOES 1-10, inclusive.,<br>Defendants. | Case No.: 24cv1560 BJC- VET<br>**ORDER DENYING AS MOOT:**<br>**(1) PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 56] and**<br>**(2) DEFENDANT AMACA PROPERTIES' MOTION FOR SUMMARY JUDGMENT [ECF NO. 58]** |
| AMACA PROPERTIES LLC,<br>Cross-Claimant,<br>v.<br>CMB PETROLEUM INC., et al,<br>Cross-Respondents. | |

Pending before the Court is Plaintiffs' Marathon Petroleum ("Marathon") and Treasure Franchise Company ("Treasure") Motion for Partial Summary Judgment (ECF No. 56) and Defendant/Cross-claimant Amaca Properties, LLC's ("Amaca") Motion for

Summary Judgment (ECF No. 58). On August 14, 2026, Plaintiff filed a First Amended Complaint ("FAC"). ECF No. 77.

"As a general rule, when a plaintiff files an amended complaint, '[t]he amended complaint supercedes the original, the latter being treated thereafter as non-existent.'" *Rhodes v. Robinson*, 621 F.3d 1002, 1005 (9th Cir. 2010) (quoting *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir.1967)). As a result, "pending motions concerning the original complaint must be denied as moot." *Grimes v. S&R Towing*, 25-cv-1146-LL-BJW, *2, 2026 WL 2048924 (S.D. Cal. July 15, 2026).

Here, Plaintiffs have moved for partial summary judgment against Defendant CMB Petroleum (ECF No. 56) and Defendant Amaca has moved for summary judgment against Plaintiff (ECF No. 58). Plaintiff has now filed a FAC, making it the operative pleading and the original complaint is now "non-existent." Therefore, the Court **DENIES AS MOOT** Plaintiffs' Motion for Partial Summary Judgment (ECF No. 56) and Defendant Amaca's Motion for Summary Judgment (ECF No. 58).

**IT IS SO ORDERED**.

Dated: August 17, 2026

Honorable Benjamin J. Cheeks
United States District Judge